UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.4)
Eastern Division

Brandi Jamison
                          Plaintiff,

v.                                              Case No.: 1:25−cv−10222
                                                       Honorable Jeremy C. Daniel

Polygroup North America, Inc., et al.
                          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, November 14, 2025:

      MINUTE entry before the Honorable Jeremy C. Daniel: The defendants' motion for a scheduling order [28] is granted. Plaintiff shall file the Amended Complaint on or before December 8, 2025. Defendants shall file any motion to dismiss the Amended Complaint on or before January 22, 2026. Plaintiff shall file her opposition to any motion to dismiss the Amended Complaint on or before February 19, 2026. Defendants shall file their reply in further support of any motion to dismiss the Amended Complaint on or before March 5, 2026. Status hearing set for April 16, 2026, at 9:30 a.m. In light of the agreed schedule, which contemplates an amended complaint, Dkt. 22 is denied as moot and the schedule set in Dkt. 25 is stricken. The motion hearing is stricken. Mailed notice. (vcf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.