UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

BRANDI JAMISON, Individually and on
Behalf of All Others Similarly Situated,

Plaintiffs,

v.

POLYGROUP NORTH AMERICA, INC. and
POLYGROUP SERVICES N.A. INC.,

Defendants.

Case No. 1:25-CV-10222

Honorable Jeremy C. Daniel

**DEFENDANT POLYGROUP NORTH AMERICA, INC.'S MOTION TO DISMISS
UNDER FEDERAL RULES OF CIVIL PROCEDURE 12(b)(1) and 12(b)(6)**

Pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), Defendant Polygroup

North America, Inc. respectfully moves to dismiss Plaintiff's Complaint for lack of standing and

failure to state claim upon which relief can be granted. The grounds for this motion are set forth in

the accompanying Memorandum.

Dated: January 22, 2026

Respectfully submitted,

By: */s/ Matthew L. Kutcher*
Matthew L. Kutcher (#6275320)
Jamie D. Robertson (#6345890)
Mariah A. Young (#6339861)
**COOLEY LLP**
110 N. Wacker Drive, Suite 4200
Chicago, IL 60606
Tel.: (312) 881-6500
jdrobertson@cooley.com
mayoung@cooley.com

Michelle Doolin (*pro hac vice*)
**COOLEY LLP**
10265 Science Center Drive
San Diego, CA 92121
Tel.: (858) 550-6000
mdoolin@cooley.com
*Counsel for Defendants*

1