# Exhibit 1

EN

# Funsicle®

# Oasis Pool

*Most spacious & luxurious all-in-one experience*



# User Guide

Simple steps to setting up and enjoying your pool



**Sign up for future offers and discounts.**
Scan the QR Code.

Polygroup®

09C3A4USAA09
©2022

# Contents

Welcome! ................................................................................................................................ 3

Warranty Information ......................................................................................................... 3

Safety Guidelines ............................................................................................................... 4

    Location Requirements ............................................................................................ 4

    Warnings .................................................................................................................... 4

    Pool Safety Sign ....................................................................................................... 10

    Pool Cover Safety .................................................................................................... 11

Building Your Pool .............................................................................................................. 12

    Inside Your Product Box ......................................................................................... 12

    STEP 1: Prepare the site .......................................................................................... 13

    STEP 2: Assemble the pool frame and connect it to liner ........................................ 14

    STEP 3: Add 1 inch of water to pool ...................................................................... 18

    STEP 4: Install the fittings for filter pump and then install filtration system ............ 18

Filling Your Pool ................................................................................................................. 19

Draining & Dismantling Your Pool .................................................................................... 20

Maintaining Your Pool ....................................................................................................... 21

    Storage ...................................................................................................................... 21

    Repair ........................................................................................................................ 21

    Winterizing ................................................................................................................ 22

Parts List .............................................................................................................................. 23

# Welcome!

Congratulations on your new Funsicle Oasis Pool – the most spacious and luxurious all-in-one experience. This guide will walk you through everything from setting up to maintaining and enjoying your pool.

As always, we're here to help. For any issues, questions, or extra support, visit funsicle.com/support, or contact Customer Service at 888-670-4FUN (888-670-4386) or HelloFun@Funsicle.com.

Learn more about us at Funsicle.com

# Warranty Information

This Funsicle Oasis Pool is subject to the following warranty, with warranty service provided by Polygroup Services N.A., Inc. (hereinafter "Polygroup" or "PSNA").

### Limited Warranty

PSNA is pleased to offer this warranty for the repair or replacement of Above Ground Pools for one (1) year from the date of purchase. The provisions of this Limited Warranty only apply to the original purchaser and who purchased from an authorized Polygroup seller. Please keep your original store sales receipt. This proof of purchase will be required and must accompany warranty claims to PSNA or its designated agents. This Limited Warranty also will not apply to modified or repaired products, unless authorized by PSNA in writing; or to products in which non-Polygroup parts or accessories were substituted; or use of the product in contravention of the product's instructions; or when improper voltage was used; or if the product was abused, or harmed through accident or negligence. This Limited Warranty does not cover consequential damages, including, but not limited to, claims for loss of water, pool chemicals, or labor time or costs, normal wear-and-tear; nor to acts of God, nor to damage to any other products or property.

In no event shall Polygroup, its authorized agents, related entities, or employees be liable to the buyer or any other party for direct or consequential damages. This limitation, in part or in full, may not apply to you, if the jurisdiction in which the claim arose does not allow this limitation.

This Limited Warranty is not extended to close-outs, factory seconds, or resold products, such as garage sales or auctions, or purchases from non-authorized sellers of Polygroup products. This Warranty also does not apply to online vendors or any other sellers who did not purchase the products from a Polygroup company, whether the product has been used or not prior to being sold to you. Any issues with items purchased from these types of vendors/sellers will need to be addressed directly with them.

TM & © 2022 Polygroup Services N.A., Inc. All Rights Reserved.
Polygroup® and Funsicle® are registered trademarks in the USA and certain countries.

# Safety Guidelines

## IMPORTANT SAFETY INSTRUCTIONS

When installing and using this product, basic safety precautions should always be followed, including the following:

## READ AND FOLLOW ALL INSTRUCTIONS

**Keep this User Guide for future reference. Failure to follow these warnings and instructions can result in serious injury or death to users, especially children.**

### Location Requirements



- Set up the pool only on level, stable, and compact soil.
- Do not set up the pool on sand surface.
- Excessive sand inside the pool will damage the pool liner and filtration system.

**Failure to follow these instructions will void the warranty.**

**NOTICE:** Customers who purchase pools may be required by local or state law to incur additional expenses when installing a pool, in order to comply with state or local laws regarding fencing and other safety requirements. Customers should contact their local building code enforcement office for further details. Polygroup is not responsible for any additional expenses that you may incur.

### Warnings

| ⚠ WARNING: | | | |
|---|---|---|---|
| <br>**PREVENT DROWNING!**<br>• Closely watch children who are in or near this pool.<br>• Children under 5 are at highest risk for drowning.<br>• Do not leave child unattended while in use.<br>• Use only under competent supervision.<br>• Empty the pool or prevent access when not in use. | <br>**NO DIVING!**<br>You can break your neck and be paralyzed. | <br>**AVOID ENTRAPMENT!**<br>• Stay away from drains & suction fittings, your hair, body, & jewelry can get sucked into drain. You could be held under water & drown.<br>• Do not use pool if drain or suction outlet cover is missing or broken. | <br>**DO NOT SIT ON OR LAY OVER POOL WALL** |

Install a pool fence around the pool to prevent children from gaining unauthorized access and drowning. State or local codes may require fencing and other safety measures (not included), such as a pool alarm. Consult local building code officials for requirements.

Read and follow all safety information and assembly instructions in the User Guide.

## SAFETY CARE FOR CHILDREN

- Assign an adult to be responsible for watching children in the pool. Give this person a "water watcher" tag and ask that they wear it the entire time they are in charge of supervising children in the pool. If they need to leave for any reason, ask this person to pass the "water watcher" tag and the supervision responsibility to another adult. For replacement of the water watcher tag, visit funsicle.com.



- Pool presents a drowning hazard even during filling and draining of the pool. Maintain constant supervision of children and do not remove any safety barriers until the pool is completely empty and stowed away.

- Children, especially children younger than five years, are at high risk of drowning. Drowning occurs silently and quickly and can occur in as little as 2 in (5 cm) of water.

- Keep children in your direct sight, stay close, and actively supervise them when they are in or near this pool and when you are filling and emptying this pool.

- When searching for a missing child, check the pool first, even if child is thought to be in the house.

- Do not leave toys inside pool when finished using, since toys and similar items might attract a child to the pool. Position furniture (for example, tables, chairs) away from pool, so that children cannot climb on it to gain access to the pool. After using pool, remove water to a level of ½ in (1 cm) or less.

- Locate pumps and filters in such a way that children cannot climb on them and gain access to the pool.

## SWIMMING POOL BARRIERS

- Swimming pool barriers, which restrict access to the pool by small children, may be required by law. A barrier is necessary to provide protection against potential drowning and near drowning. Barriers are not a substitute for constant supervision of children.

- Keep unsupervised children from accessing the pool by installing fencing or other approved barrier around all sides of pool. State or local laws or codes may require fencing or other approved barriers. Check state or local laws and codes before setting up pool.

- See latest published edition of CPSC Pub. No. 362 found at poolsafely.gov.

## SWIMMING POOL EQUIPMENT

- The use of artificial pool lighting is at the discretion of the pool owner. Lighting, when installed, should be in accordance with Article 680 of the National Electrical Code (NEC®) or its latest approved edition and in consultation with a licensed electrical professional.

- Keep all electrical lines, radios, speakers, and other electrical appliances away from the pool.

- Do not place pool near or under overhead electrical lines.

- For swimming pools, fountains, and similar installations, and any state or local code, all electrical components installed in and/or adjacent to an above-ground/on-ground residential swimming pool shall be installed in accordance with and shall comply with the requirements of the latest published edition of NFPA 70, National Electrical Code (NEC®) Article 680. For more information, visit nfpa.org.

## SWIMMING POOL AWARENESS

- **ADULT ASSEMBLY REQUIRED:** This pool may contain potentially hazardous sharp edges, sharp points, or small parts.

- **Do not install the pool on a slope or inclined surfaces, on soft or loose soil conditions (such as sand or mud), or on an elevated surface such as a deck, platform or balcony. It may collapse under the weight of the filled pool.**

- **TO AVOID DANGER OF SUFFOCATION:** Keep the plastic bag used in this product away from babies and children; do not use the bag in cribs, beds, carriages, or playpens. The plastic bag could block the nose and mouth and prevent breathing. The plastic bag is not a toy.

- If a drain or suction outlet cover is missing or broken, do not use the pool. Suction can cause body part entrapment, hair and jewelry entanglement, or drowning. Repair or replace the drain or suction outlet cover before using the pool again

- When using the pool at night, artificial lighting should be used to illuminate all safety signs, ladders, steps, deck surfaces, and pathways.

- The floor of the pool shall be visible at all times from the outside perimeter of the pool.
- Keep your pool clean and clear. The deepest part of the pool must be visible at all times from outside of the pool.
- Call for emergency if needed.
- Basic lifesaving equipment, including one of the following, should be on hand at all times:
  - A light, strong, rigid pole (shepherd's crook) not less than 12' [3.66 m] long.
  - A ¼" [6.35 mm] diameter rope as long as one and one half (1 ½) times the maximum width of the pool or 50' [15.24 m], whichever is less, which has been firmly attached to a Coast Guard-approved ring buoy having an outside diameter of approximately 15" [38.1 cm], or similarly approved flotation device.
- The pool is subject to wear and deterioration. If not maintained properly, certain types of excessive or accelerated deterioration can lead to a failure of the pool structure that might release large quantities of water that could cause bodily harm and property damage.
- Never allow fooling around, diving, or jumping into or around the pool. This could lead to serious injury, paralysis or death. Do not allow anyone to swim alone without supervision.
- Pool shall be located at a minimum distance of 6 ft (1.83 m) from any receptacle, and all 125-volt 15- and 20-ampere receptacles located within 20 ft (6.0 m) of the pool shall be protected by a ground fault circuit interrupter (GFCI), where distances are by measuring the shortest path the supply cord of an appliance connected to the receptacle would follow, without piercing a floor, wall, ceiling, doorway with hinged or sliding door, window opening, or other effective permanent barrier, to the inside wall of the pool.

## CIRCULATION SYSTEMS

- Follow written instructions regarding positioning of all equipment connected to the circulation systems and operating the components.
- Circulation equipment should be installed per manufacturer's instructions to provide proper mounting and support, to prevent damage from misalignment, settlement, and vibration, and to minimise the potential for the accumulation of debris and moisture. Please refer to the pump's user guide.
- A replacement pump should never exceed the maximum flow rate marked on the suction fitting.

## LADDER

- The ladder should be located on a solid base and is to be installed per the manufacturer's instructions.
- One person on the ladder at a time.
- This ladder is designed and manufactured for a specific pool wall height and/or deck of the pool.
- When entering/exiting the pool, face the ladder at all times.
- To prevent entrapment or drowning do not swim through, behind, or around the ladder.
- Remove and secure the ladder when pool is not occupied.

## POOL COVER

Pool covers used for safety barriers shall comply with the latest published edition of ASTM F-1346, Standard performance specifications for safety covers and labeling requirements for all covers for swimming pools, spas, and hot tubs.

## CHEMICALS

For safety's sake, ensure the deepest part of the pool is always visible. The user must properly maintain pool water clarity at all times. Check the pH and chlorine levels periodically, and make sure they are within the recommended limits. Additional water treatment chemicals might be needed from time to time. Have the water sample tested by a local pool supply store to determine if additional chemicals are needed. Turn on the pump for the recommended hours daily. If you are unsure of the time frames please refer to funsicle.com/support for the recommended Pump Operation Hours based on pool types and sizes. Clean and replace filter cartridge frequently. Replace only with genuine Funsicle Brand filter cartridges. Refer to the Filter Pump User Guide for additional water care information.

## RISK OF ENTRAPMENT

- Entrapment Avoidance: There shall be no protrusions or obstruction in the swimming area, which may cause entrapment or entanglement of the user. If a suction outlet cover is missing or broken, do not use the pool. Suction can cause body part entrapment, hair and jewelry entanglement, evisceration, or drowning. Repair or replace the suction outlet cover before allowing the pool to be used.
- Never play or swim near drains or suction fittings. Your body or hair may be trapped, causing permanent injury or drowning.

## RISK OF DROWNING

- Keep unsupervised children from accessing the pool by installing fencing or other approved barriers around all sides of pool. State or local laws or codes may require fencing or other approved barriers. Check state or local laws and codes before setting up the pool.
- Remove pool ladders after leaving the pool.
- Toys, chairs, tables, or similar objects that a young child could climb should be at least four feet (4') [121.92 cm] from the pool. The pump filter system should be positioned so as to prevent it from being used as a means of access to the pool by young children.

## DIVING RISK

- Above-ground/on-ground residential swimming pools are for swimming and wading only. No diving boards, slides, or other equipment are to be added to an above-ground/on-ground pool.
- Do not dive into this pool. Diving into shallow water can result in a broken neck, paralysis, or death.

## RISK OF ELECTROCUTION

- Keep all electrical lines, radios, speakers, and other electrical appliances away from pool.
- Do not place the pool near or under overhead electrical lines.

## FIRST AID

- Keep a working phone and a list of emergency numbers near the pool.
- Become certified in cardiopulmonary resuscitation (CPR). In the event of an emergency, immediate use of CPR can make a lifesaving difference.

## SPECIAL WARNING

- Local building codes may require obtaining a building or electrical permit. The installer shall follow regulations on setback, barriers, devices, and other conditions.
- Safety signs shall comply with requirements of ANSI-Z535 and use signal wording.



- DO NOT attempt to assemble this pool in adverse weather conditions, windy conditions, or when the temperature is below 60ºF.
- This is a storable pool, which should be disassembled and stored when temperatures are expected to fall below 32ºF.
- Ensure that all pools and their related components that are installed in an indoor environment should comply with the ventilation requirements of ANSI/ASHRAE 62 or the latest published edition of Ventilation for acceptable indoor air quality, Table 2, Article 2.1.
- The placement of the pool and portable pools shall be set up so that they comply with local safety and building codes.

## EXTRA SAFETY WARNING

- When you touch the filter, pump, or electrical parts, be sure the ground under your feet is "Bone Dry."
- Connect power cords to a 3-wire grounding-type outlet only.
- Keep all breakable objects out of the pool area.
- Alcohol consumption and pool activities do not mix. Never allow anyone to swim, dive, or slide while under the influence of alcohol or drugs.
- Severe electrical shock could result if you install your filter pump on a deck. The pump or filter could fall into the water, causing severe shock or electrocution.
- Do not allow roughhousing and fooling around.
- Do not engage in extended breath holding activities underwater; you may black out and drown.
- Install pool ladder(s) or a staircase for entry and exit from the pool.
- Check regularly for signs of wear on the liner or any loose parts that could make pool unsafe.
- Instruct pool users about the proper use of all pool ladder(s) and staircases.
- Check all nuts and bolts regularly to ensure that the ladder stays sturdy.
- Contact pool site dealer or manufacturer for additional safety signs if deemed necessary.
- For pool service, choose a certified pool professional. For more safety information, see APSP.org

## CONSUMER AWARENESS BOOKLETS AND INFORMATION SOURCE

**Contact:** U.S. Consumer Product Safety Commission at cpsc.gov/Safety-Education/Pools-and-Spas, Pub. #362 "Safety Barrier Guidelines for Home Pools."

- The Sensible Way to Enjoy Your Above-ground/On-ground Swimming Pool.
- Children Aren't Waterproof.
- Layers of Protection.
- Pool and Spa Emergency Procedures for Infants and Children.
- Be Safety Aware Copies of the above brochures are available free from the APSP. Go to: APSP.org

## SAFETY EDUCATION PROGRAMS AND MATERIALS

Educational programs and materials (i.e. seminars, workshops, brochures, videos, instructional guides) are available from the APSP, other aquatic safety groups, and by private firms. As a means of communicating useful safety information to pool owners/operators and users, industry members are permitted to provide such information to owners/operators and to request or require owners/operators to sign a statement that they have received, read, and will follow the guidelines.

Other sources of safety information:

- cdc.gov
- cpsc.gov
- drowningpreventionalliance.com
- nspf.org
- safekids.org

**NSF International**
P.O. Box 130140
789 N. Dixboro Road
Ann Arbor MI 481105
Contact: 800-673-6275 or 734-769-8010
nsf.org

**ANSI American National Standards Institute**
25 West 43rd Street, New York NY 10036
Contact: 212-642-4900
ansi.org

**ASTM International (formerly American Society of Testing & Materials)**
100 Barr Harbor Drive, P.O. Box C700 West
Conshohocken, PA 19428-2959
Contact: 877-909-2786 (USA & Canada)
or 610-832-9585 (International)
astm.org

**APSP Association of Pool & Spa Professionals**
(Formerly National Spa and Pool Institute)
2111 Eisenhower Avenue, Ste. 500
Alexandria VA 22314-4679
Contact: 703-838-0083
apsp.org

**NEC National Electrical Code (see NFPA)**
NFPA National Fire Protection Association
1 Batterymarch Park, Quincy MA 02169-7471
Contact: 800-344-3555 (U.S. & Canada) or
617-770-3000 (International)
nfpa.org

**NSPI National Spa and Pool Institute (see APSP)**
UL Underwriters Laboratories
333 Pfingsten Road, Northbrook IL 60062-2096
Contact: 877-854-3577 or 847-272-8800
ul.com

**ASME American Society of Mechanical Engineers**
Two Park Avenue, New York NY 10016-5990
Contact: 800-843-2763 (USA & Canada) or
973-882-1170 (Outside N. America)
asme.org

## FILTRATION SYSTEMS

Any equipment connected to the circulation systems shall be positioned so as to prevent their being used as a means of access to the pool by young children. (See the latest published edition of ANSI/APSP-8 Model Barrier Code for Residential Swimming Pools, Spas, and Hot Tubs.)

## BARRIER

A barrier is necessary to provide protection against potential drowning and near drowning, and barriers are not a substitute for the constant supervision of children. (See latest published edition of ANSI/APSP-8 Model Barrier Code for Residential Swimming Pools, Spas, and Hot Tubs.)

## RISK OF DROWNING, ENTRAPMENT, AND DIVING ACCIDENTS

Publications are available that describe the risk of drowning, entrapment, and diving accidents. Available publications related to pool safety include the Association of Pool and Spa Professionals' (APSP) booklets entitled: The Sensible Way to Enjoy Your Above-ground/On-ground Swimming Pool, Children Aren't Waterproof, Pool and Spa Emergency Procedures for Infants and Children, Layers of Protection, and the latest published edition of ANSI/APSP-8 Model Barrier Code for Residential Swimming Pools, Spas, and Hot Tubs.

## INSTALLER RESPONSIBILITIES

All of these components shall be positioned so as to prevent their being used as a means of access to the pool by young children. All safety signs shall be affixed above the water line according to manufacturer's instructions. (See the latest published edition of ANSI/APSP-8 Model Barrier Code for Residential Swimming Pools, Spas, and Hot Tubs.)

### Pool Safety Sign

Post This Warning Near Your Pool.



## NO DIVING OR JUMPING
## SHALLOW WATER

**DIVING MAY RESULT IN PERMANENT INJURY OR DEATH**



- Be Safe.
- Children must be accompanied by an adult.
- Don't swim when using alcohol or drugs.
- Be familiar with the pool before swimming.
- No running, jumping, or horseplay in or around pool.
- No glass in pool area.



**TO AVOID SERIOUS INJURY ALL POOL USERS MUST KNOW AND FOLLOW THESE SAFETY RULES.**

## Pool Cover Safety

**If you are going to use a pool cover, solar cover, or solar blanket, please read this information.**

**POOL COVER WARNING / SOLAR COVER WARNING / SOLAR BLANKET WARNING**

---

# ⚠ WARNING:

### AVOID DROWNING RISK

- Pool cover (if included) is not a safety cover.
- Keep children away from cover. Children or objects cannot be seen under cover.
- Stay off cover – Will not support weight.
- Remove standing water. Child can drown on top of cover.
- Lay cover on top of water surface.
- Use drawstring to secure pool cover to pool (if applicable).
- Non-secured or improperly secured covers are a hazard.
- Install pool cover with labels facing up.
- Remove cover(s) completely before entry of bathers – Entrapment possible.
- Failure to follow all instructions may result in injury or drowning.

**NEVER LEAVE YOUNG CHILDREN UNATTENDED
IN OR AROUND POOL COVER.**

**This cover (if included) meets requirements described in specification ASTM F-1346.
Type OC cover classification.**

---

**IMPORTANT:** Do not use a pool cover, solar cover, or solar blanket on this pool if it does not have this type of warning label on the cover.

**DANGER: Competent supervision and knowledge of the safety requirements are the only ways to prevent drowning or permanent injury in the use of this product! Never leave young children unattended.**

# SAVE THESE INSTRUCTIONS

# Building Your Pool

## Inside Your Product Box

The following illustration outlines the contents in your product box.

**Items 3 – 6 are optional depending on the pool model you purchased.**

**For exact quantity of parts, refer to the Parts List (on *Page 23*).**

**NOTE:** The Parts of Maintenance Kit / Deluxe Maintenance Kit (if included) are placed in Boxes 3 and/or 4. Arrange the parts together according to the user guide of Maintenance Kit / Deluxe Maintenance Kit.



① Pool Liner

②a Metal Frame — Horizontal Beam, Vertical Leg, Leg Cap

②b T-Fittings — T-Fitting, Easy Link Connector

③ SkimmerPlus Filter Pump

④ SureStep Ladder

⑤ Pool Cover

⑥ Ground Cloth

## STEP 1: Prepare the site

Before assembling your pool, check the contents and become familiar with all the parts. Review all the following warnings, guidelines and tips before proceeding with setup:

### WARNINGS

- Do not overfill the pool and / or allow people to lay over or sit on pool wall - doing so can cause permanent injury!
- Drain pool to the proper level after a heavy rain. The Maximum Water Level should be about 6 inches below the top rim.
- Site must be level, stable, compacted soil.
- Do not install pool on a wooden deck or any type of wooden surface. You cannot use sand and/or uncompacted soil to provide a level surface for this pool; it will only wash out.

### GUIDELINES

- The pool must be assembled on a smooth and level site of firm soil that is free of stones, gravel, sticks, blacktop, or other oil base compounds.
- Before setting up your pool, clear the area of hardy grasses. Certain types of vigorous grasses such as St. Augustine and Bermuda can grow through the liner. A ground cloth or tarp may be helpful in preventing this from occurring. Grass growing through the liner is not covered under warranty.
- Failure to follow all these instructions will cause pool to collapse and will void the warranty!

**TIP:** It will be much easier to install your pool if you unfold it and let it lay in direct sunlight for about 2 hours prior to installation. This will help to ensure a wrinkle-free fit because the pool material will be more pliable allowing it to form into shape during installation.

### GETTING STARTED

- Select a level area, and completely remove all debris, twigs, stones, etc. Do not select an area under overhead electrical lines, trees, or within 15 feet of a house, building, etc.
- The pool shall be located a minimum distance of 6 ft (1.83 m) from any electrical receptacle.
- All 125 volt, 15 and 20 ampere receptacles located within 20 ft (6m) of the pool shall be protected by a ground fault circuit interrupter (GFCI). The 20 ft (6 m) distance is measured via the shortest straight line distance the supply cord would follow without piercing a floor, wall, ceiling, doorway, window, or other permanent barrier.
- Contact your local utilities, checking that no underground cables, telephone lines, gas lines, etc. run beneath the area you have selected.

## STEP 2: Assemble the pool frame and connect it to liner

1. Lay all parts (located in *Boxes 1, 2a & 2b*) on the ground around the pool liner as shown below:

   **NOTE:** Ensure the pool is between 10 to 21 feet away from any electrical outlets.



2. Take one horizontal beam and insert it to one T-Fitting to form a set (see following figure).

   **Horizontal Beam with T-Fitting Set**



   a) To insert, press and hold the push-button below the T-Fitting; then connect it to one end of the horizontal beam.

   b) Push the horizontal beam and T-Fitting together and release the push-button. It should snap into place and lock the T-Fitting and horizontal beam together.

   If they are securely attached, you could feel the end of the O-Pin from the base of the Horizontal Beam.

   **NOTE:** The Easy Link T-Fitting (located in *Box 2b*, in a plastic bag with "Easy Link T-Fitting" marking) should be the FINAL T-Fitting to complete the top frame.

3. Carefully slide the horizontal beam set into the sleeves of the pool liner.

   **NOTE:** Make sure the vertical part of the T-Fitting faces down and away from the liner to avoid puncturing the liner.



4. Repeat Step 2 to connect the rest of the horizontal beams and the T-Fittings.

5. Slide the next set of the horizontal beam with T-Fitting into the sleeve beside the first set (see following figure). Then, link the open end of the horizontal beam with the T-Fitting of the first set. Press the push-button while sliding the parts together. Release the push-button for the parts to snap into place and lock tight.



6. Connect the Easy Link T-Fitting with the last horizontal beam (see following figure).

   ## Horizontal Beam with Easy Link T-Ftting Set



7. Slide this set into the sleeve to complete the top frame.



8. Insert the Vertical Legs into the Leg Caps.



Vertical Leg

Leg Cap

9. Carefully slide the Vertical Legs up through the liner's belt that runs around the middle of the pool, and then lock each one into the hold of the T-Fitting (see following figure on the left).

   **TIP:** For smaller pools without a belt, slide the vertical legs up through the sleeves on the pool wall (see following figure on the right).



10. Look through the hole at the bottom of the T-Fitting, as you insert the Vertical Leg with Leg Cap, rotate it until the buttons align with the holes and pop out, locking the Vertical Leg in place (see following figure). Do this for all Vertical Legs.

    **NOTE:** Each Vertical leg has a V-Shaped Spring Pin pre-installed. There is an extra pin included with your pool parts.



    **TIP:** To avoid distortion during the assembly of the pool frame, connect one Vertical Leg to **Every third T-Fitting** so the frame can stand comfortably.

11. Continue working around the perimeter until the entire liner is securely connected to the frame. Go around and check all T-Fittings, Push-buttons of O-Pins, Legs and Beams are properly installed and secured in place (see following figure).



12. Make sure the poles are perpendicular to the ground (and not leaning!). This may require you to adjust the vertical legs accordingly to make the walls straighter.

## STEP 3: Add 1 inch of water to pool

1. After ensuring that the drain fitting is plugged securely and the cap is in place, fill the pool with about an inch of water. Then stop filling, and smooth out all wrinkles in the liner.



2. Gently tug the Vertical Legs outwards so that all legs are vertical and perpendicular to the ground.

   **NOTE:** If more than 1 to 2 inches of water collects on any one side before the pool starts filling in the center, the pool is not level enough, and must be corrected (See Section "Prepare the Site").

## STEP 4: Install the fittings for filter pump and then install filtration system

If your pool came with fittings, install both the Suction and Return fittings to the pool wall before filling the pool.



**NOTES:**

- The black rubber Gasket should always be slid over the threaded plastic suction or return fitting and be on the inside before the fitting is placed through the pool wall to make a watertight connection.
- Make sure to put on both the Water Cap and the Service Plug while you fill your pool, or until you are ready to add a filtration system.

Install the filtration system as per the enclosed "Funsicle Filter Pump User Guide".



# Filling Your Pool

Continue adding water to your pool to approximately 6 inches below the top rim.



**NOTES:**

- Your pool should be straight and vertical to the ground. If your pool is leaning to one side, the ground may not be level, and you may need to restart the setup.
- Do not press the T-Fitting push button when filling the water in the pool or using the pool.
- Only press the T-Fitting push button when the pool is empty.

**CAUTION: Always follow the chemical manufacturer's directions, and the health and hazard warnings.**

Do not add chemicals while the pool is occupied. This can cause skin or eye irritation. Concentrated chlorine solutions can damage the pool liner. In no event is Polygroup, our buyer/retailers, or any other party liable for costs associated with the loss of pool water, chemicals, or water damage. Keep spare filter cartridges on hand. Replace cartridges every two weeks. We recommend the use of Funsicle Filter Pump with all of our above-ground pools. To purchase a Funsicle Filter Pump or other accessories, visit our website at funsicle.com or call Funsicle Customer Service.

**Excessive Rain:** To avoid damage to the pool and overfilling, immediately drain rain water that causes the water level to be higher than the top rim.

**Failure to follow the instructions above will cause the pool to collapse and will void the warranty.**



# Draining & Dismantling Your Pool

1. Check local regulations for specific directions regarding disposal of swimming pool water.
2. Remove the protective foam ring on the drainage cap.
3. Follow the steps below for water drainage:



a) Turn the drain cap counterclockwise



b) Return the drain cap from the valve



c) Flip the drain cap and reinsert it into the drain valve



d) Push and turn the drain cap clockwise for about a quarter turn (90°) to unlock



e) The drain valve is now open, and water will begin to flow out



f) Attach a 5/8" garden hose to the drain valve

4. Place the other end of the garden hose in an area where the water can be safely drained away from the house and other nearby structures.
5. When the water stops draining, start lifting the pool from the side opposite to the drain valve to drain any remaining water and empty the pool completely.
6. After drainage, lock the drain valve and close the drain cap.



a) Flip the drain cap and reinsert it into the drain valve



b) Push and turn the drain cap counter-clockwise for about a quarter turn (90°) to lock



c) Close the drain cap

**NOTE:** NEVER step on the drain valve.

# Maintaining Your Pool

## Storage

1. Remove all connecting parts.
2. Be sure that the pool and all parts are completely dry before storage. Air dry the liner in the sun until it is completely dry before folding (see *drawing 1*). Sprinkle some talcum powder to prevent the vinyl from sticking together and to absorb any residual moisture.
3. Create a square shape. Starting at one side, fold one-sixth of liner into itself twice. Do the same on the opposite side (see *drawings 2 & 3*).
4. Once you have created two opposing folded sides, simply fold one over the other like closing a book (see *drawings 4 & 5*).
5. Fold the two long ends to the middle (see *drawing 6*).
6. Fold one over the other like closing a book, and finally compact the liner (see *drawing 7*).
7. Store the liner and accessories in a dry, temperature-controlled storage location above 32ºF (0ºC) and below 104ºF (40ºC).

**TIP:** The original packaging can be used for storage.









## Repair

1. Use a mix of liquid dish soap and water in a spray bottle, and spray over suspicious areas. Any leak will produce bubbles that will pinpoint the location of the leak.
2. Thoroughly clean the area surrounding the leak to remove any dirt or grime.
3. Cut a piece of repair patch (included) with a margin of 0.8" (2 cm) larger than the damaged area, rounding the corners with scissors.
4. Place the patch over the center of the leak, press down firmly, and squeeze out all air bubbles to the edges. You may want to put a weight on top to keep it in place.
5. Do not inflate for one hour after patching.

**NOTE:** If the patch does not hold, you can use the patch with silicone- or polyurethane-based glue designed for repairing camping mats, tents or shoes. Consult your local household/camping supply stores, and follow the instructions of the glue you've chosen.

## Winterizing

This above-ground pool cannot be winterized and must be drained, disassembled, and properly stored if you live in an area where the temperature drops below 32°F (0°C). If you are in a warmer environment, follow the instructions below.

After usage, you can easily empty and store away your pool in a safe place (see long term storage above). Some pool owners, in warmer climates however, may choose to leave their pool up all year round. In cold areas, where freezing temperatures occur, there can be a risk of ice damage to your pool. Leaving your above-ground pool set up in areas where the temperature drops below 32 degrees Fahrenheit (0 Celsius) voids the warranty.

1. Clean the pool water thoroughly.
2. Remove the skimmer (if applicable) or any accessories attached to the threaded strainer connector. Replace strainer grid if necessary. Be sure all accessories parts are clean and completely dry before storage.
3. Unplug the Inlet and Outlet fitting from the inside of the pool (if applicable).
4. Remove the ladder (if applicable) and store in a safe place. Be sure the ladder is completely dry before storage.
5. Remove the hoses that connect the pump and filter to the pool.
6. Add the appropriate chemicals for the winter period. Consult your local pool dealer as to which chemicals you should use and how to use them. This can vary greatly by region.
7. Cover pool with Pool Cover.

   **IMPORTANT:** Pool Cover is not a Safety Cover.
8. Clean and drain the pump, filter housing, and hoses. Remove and discard the old filter cartridge. Keep a spare cartridge for the next season.
9. Bring pump and filter parts indoors and store in a safe and dry area, preferably between 0°C (32°F) and 40°C (104°F).

# Parts List

| | Pool Liner | Horizontal Beam | Vertical Leg | T-Fitting | Easy Link T-Fitting | Leg Cap |
|---|---|---|---|---|---|---|
| Pool Size | Qty. | Qty. | Qty. | Qty. | Qty. | Qty. |
| 14' x 42" (427 x 107 cm) | 1 | 14 | 14 | 13 | 1 | 14 |
| 14' x 48" (427 x 122 cm) | 1 | 14 | 14 | 13 | 1 | 14 |
| 15' x 42" (457 x 107 cm) | 1 | 15 | 15 | 14 | 1 | 15 |
| 15' x 48" (457 x 122 cm) | 1 | 15 | 15 | 14 | 1 | 15 |
| 16' x 48" (488 x 122 cm) | 1 | 16 | 16 | 15 | 1 | 16 |
| 18' x 48" (549 x 122 cm) | 1 | 18 | 18 | 17 | 1 | 18 |
| 18' x 52" (549 x 132 cm) | 1 | 18 | 18 | 17 | 1 | 18 |
| 20' x 48" (610 x 122 cm) | 1 | 20 | 20 | 19 | 1 | 20 |
| 22' x 52" (671 x 132 cm) | 1 | 22 | 22 | 21 | 1 | 22 |
| 24' x 52" (732 x 132 cm) | 1 | 24 | 24 | 23 | 1 | 24 |
| 26' x 52" (792 x 132 cm) | 1 | 26 | 26 | 25 | 1 | 26 |

## Dear Funtastic Customer,

Thank YOU for choosing one of our Funsicle products. We're on a mission to inspire the world to play more outdoors, which is why we design products that capture the summertime spirit of imagination, connection and fun.

It's important to us that you have the BEST experience with this product, and we're excited for you to make some happy outdoor memories.

Need a helping hand? Use the contact info on this page to reach us.

Once again, we thank you for placing your trust in us. Happy swimming and playing!

- Your friends, the Funsicle Team

## CONTACT US

We're here to help! For answers to common questions, setup videos and troubleshooting tips, visit funsicle.com/support or scan the QR code.



### DO NOT RETURN PRODUCT TO STORE.

If you encounter any issues with your Funsicle product, do not return it to the place of purchase. Contact CUSTOMER SERVICE:
**Phone: 888-670-4FUN (888-670-4386)**
**Email: HelloFun@Funsicle.com**

### WARRANTY
For warranty information, visit funsicle.com/warranty.

### NEED PARTS?
To order parts and accessories, visit funsicle.com.

### REGISTER YOUR PRODUCT
Scan the QR code





**Distributed by:**
Polygroup Pacific Limited
Unit 606, 6th Floor, Fairmont House,
8 Cotton Tree Drive, Central, Hong Kong.