**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| BRANDI JAMISON, individually and on behalf of all others similarly situated,<br><br>Plaintiff<br><br>v.<br><br>POLYGROUP NORTH AMERICA, INC. and POLYGROUP SERVICES N.A. INC.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No.: 1:25-cv-10222<br><br>Hon. Jeremy C. Daniel |

## JOINT STATUS REPORT

Pursuant to the Court's Minute Entry dated May 13, 2026 (Dkt. No. 55), Plaintiff Brandi Jamison ("Plaintiff") and Defendants Polygroup North America, Inc. ("Polygroup" or "Defendant") respectfully submit this Joint Status Report regarding settlement progress.

The Parties are pleased to report that through mediation they reached an agreement in principle on material terms to resolve this matter on a class-wide basis, subject to documentation and Court approval. The Parties are currently working cooperatively to memorialize the agreed-upon material terms in a comprehensive written settlement agreement. Plaintiff is concurrently preparing their Motion for Preliminary Approval of the proposed class action settlement.

Plaintiff anticipates filing their Motion for Preliminary Approval within forty-five (45) days, on or before November 13, 2026. In the event additional time is required to finalize settlement documentation, the Parties will submit a further Joint Status Report on or before November 13, 2026, advising the Court of the revised anticipated filing date.

Dated: September 24, 2026

Respectfully submitted,

*/s/ Kevin Laukaitis*
**LAUKAITIS LAW LLC**
Kevin Laukaitis
954 Avenida Ponce De Leon
Suite 205, #10518
San Juan, PR 00907
Phone: (215) 789-4462
Email: klaukaitis@laukaitislaw.com

Rachel Soffin (MI Bar. No. P89509)
**PEARSON WARSHAW, LLP**
Mailing Address:
15165 Ventura Boulevard,
Suite 400
Sherman Oaks, CA 91403
Phone: (818) 205-2815

Leslie Pescia
**SIRI & GLIMSTAD LLP**
745 Fifth Avenue, Suite 500
New York, NY 10151
T: (212) 532-1091
lpescia@sirillp.com

Mason A Barney
**SIRI & GLIMSTAD LLP**
745 5the Avenue
Suite 500
New York, NY 10151
(212) 532-1091
Email: mbarney@sirillp.com

Melissa Susan Weiner
**PEARSON WARSHAW, LLP**
328 Barry Avenue S.
Suite 200
Wayzata, MN 55391
612-389-0600
Fax: 612-389-0610
Email: mweiner@pwfirm.com

Nick Suciu III
**BRYSON HARRIS SUCIU & DEMAY PLLC**

6905 Telegraph Rd., Suite 115
Bloomfield Hills, MI 48301
Phone: (616) 678-3180
nsuciu@brysonpllc.com

Ryan Thomas Gott
**PEARSON WARSHAW, LLP**
328 Barry Ave. South
Suite 200
Wayzata, MN 55391
(612) 389-0600
Email: rgott@pwfirm.com

Trenton Ross Kashima
**BRYSON HARRIS SUCIU & DEMAY PLLC**
19800 MacArthur Boulevard
Suite 270
Irvine, CA 92612
212-946-9389
Email: tkashima@brysonpllc.com

Russell Busch
**BRYSON HARRIS SUCIU & DEMAY PLLC**
900 West Morgan Street
Raleigh, NC 27603
919-926-7948
Email: rbusch@brysonpllc.com

*Counsel for Plaintiff and the Class*

Date: September 24, 2026

**COOLEY LLP**

*/s/ Matthew L. Kutcher*
Matthew L. Kutcher
Jamie D. Robertson
Mariah A. Young
110 N. Wacker Drive
Suite 4200
Chicago, IL 60606
(312) 881-6500
mkutcher@cooley.com
jdrobertson@cooley.com
mayoung@cooley.com

Whitty Somvichian
**COOLEY LLP**
3 Embarcadero Center
20th Floor
San Francisco, CA 94111-4004
(415) 693-2000
Email: wsomvichian@cooley.com

*Attorneys for Defendant*